IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

|  |  |  |
|---|---|---|
|  | ) | CA **4:11-cv-00017-RBH** |
|  | ) |  |
| Plaintiff(s), | ) |  |
|  | ) | **RULE 26(f) REPORT** |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

    The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____    We agree that the schedule set forth in the Conference and Scheduling Order issued _____ <u>is appropriate for this case</u>. The information required by Local Civil Rule 26.03 is attached.

_____    We agree that the schedule set forth in the Conference and Scheduling Order issued _____ <u>requires modification as set forth in the attached proposed Consent Amended Scheduling Order</u> (use same format as the Court's standard scheduling order attached hereto). The information required by Local Civil Rule 26.03 is attached.

_____    We are unable, after consultation, to agree <u>on a schedule for this case. Therefore, we request a scheduling conference with the Court</u>. The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached.

| Plaintiff(s) | Defendant(s) |
|---|---|
| _____ | _____ |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| _____ | _____ |
| Printed Name of Plaintiff's Counsel and Party Represented | Printed Name of Defendant's Counsel and Party Represented |
| _____ | _____ |
| *Signature of Plaintiff's Counsel* | *Signature of Defendant's Counsel* |
| _____ | _____ |
| Printed Name of Plaintiff's Counsel and Party Represented | Printed Name of Defendant's Counsel and Party Represented |
| *Dated:* _____ | *Dated:* _____ |