IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Denise E. Nason | ) | Civil Action No. **4:11-cv-00017-RBH** |
| | ) | |
|    Plaintiff | ) | |
| v. | ) | |
| | ) | |
| World Choice Investments, LLC | ) | Motion for Confidentiality Order |
|    Defendant | ) | |
| | ) | |
| _____ | ) | |

CONSENT:

  The attached proposed Confidentiality Order is requested:

  ✔  by consent of all parties.

  ☐  by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].

  ☐  by some, but not all, parties [requesting parties include: [requesting parties]].

CONTENT:

  The attached proposed Confidentiality Order:

  ☐  is identical to the standard form on the court's website.

  ✔  has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

  ☐  is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

    [explain requested changes with reference to relevant paragraph numbers]

| **WE SO MOVE** | **WE SO MOVE/CONSENT** |
|---|---|
| s/ *Louis D. Nettles* | S/ *Henrietta U. Golding* |
| Signature | Signature |

<u>Louis D. Nettles</u>  
Printed Name

Counsel for <u>Plaintiff</u>

Date: <u>February 10, 2011</u>

<u>Henrietta U. Golding</u>  
Printed Name

Counsel for <u>Defendant</u>]

Date: <u>February 10, 2011</u>

*Instructions for use of the Consent Confidentiality Order can be found at the court's website at <u>www.scd.uscourts.gov</u> under "forms" or under each individual judge's forms list.*