# FOLKENS LAW FIRM P.A.



Karl A. Folkens
Louis D. Nettles
Philip B. Atkinson
Flo Lester Vinson

3326 West Palmetto Street
Florence, South Carolina
29501-5942

*Mail:*
Post Office Box 6139
Florence, SC  29502-6139

(843) 665-0100
(843) 665-0500 *FAX*

*E-Mail*:
louis@folkenslaw.com

www.folkenslaw.com

*Marion Office:*
103 E. Dozier Street
(843) 423-2100

January 10, 2012

Hon. R. Bryan Harwell,
Unites States District Judge
PO Box 2317
Florence SC 29503

        Re:    Notice of Settlement
                 Nason v. World Choice Investments LLC
                 4:2011-cv-017-RBH

Dear Judge Harwell:

I am writing you to notify the Court that the parties have agreed on a settlement in this matter and to request the Court to issue a Ruben order to give the parties time to complete the settlement.

Thank you for your attention to this.

With kind regards, I am,

                              Yours very truly,

                              S/
             Louis D. Nettles

cc: Henrietta Golding, Esq
LDN/jw